UNITED STATES DISTRICT COURT

Northern District of California

MAXINE MOODY-QUINLAN,  No. C 12-1208 MEJ

        Plaintiff, **ORDER VACATING CMC**

  v.

ZIMMER INC., et al.,

        Defendants.

_____/

    This case is scheduled for a Case Management Conference on June 28, 2012. As no joint statement was filed by the June 21 deadline and there is no indication that the defendants have been served, the Court hereby VACATES the June 28 conference and ORDERS Plaintiff to file a status report by July 10, 2012.

    **IT IS SO ORDERED.**

Dated: June 26, 2012

                                                          _____
                                                          Maria-Elena James
                                                          Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MAXINE MOODY-QUINLAN,

        Plaintiff,

v.

ZIMMER INC. et al,

        Defendant.

Case Number: CV12-01208 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Paul Sizemore
Sizemore Law Firm, PLC
2101 Rosecrans Avenue
Suite 5290
El Segundo, CA 90245

Randi Kassan
100 Herricks Road
Mineola, NY 11501

Dated: June 26, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk